1  Seth Webb
2  **Brown & Crouppen, P.C.**
   720 Olive Street, Suite 1800
3  St. Louis, MO 63101
   Telephone: (314) 421-0216
4  Facsimile: (314) 421-0359
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|---|
| This Document Relates To: | ) | |
| *Shirley Mae Nash v. G.D. Searle, LLC, et al.* (05-4544 CRB) | ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *William Crowley v. Pfizer Inc.* (06-2668 CRB) | ) ) ) | |
| *Arnold Swick v. Pfizer Inc.* (06-3304 CRB) | ) ) ) | |
| *Marvin Rogers v. G.D. Searle, LLC, et al.* (06-4514 CRB) | ) ) ) | |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42620439.1

| | | |
|---|---|---|
| 1 | DATED: 11-23, 2009 | By: _____ |
| 2 | | |
| 3 | | **BROWN & CROUPPEN, P.C.**<br>720 Olive Street, Suite 1800 |
| 4 | | St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Facsimile: (314) 421-0359 |
| 5 | | |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | DATED: Dec. 1, 2009 | By: _____ |
| 8 | | |
| 9 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 10 | | New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 11 | | |
| 12 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-